B2100A (form2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re: Michael T. Prior
       1728 Romence Road
       Portage, MI 49024

Case No. 19-00268

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the Transfer, other than for security, of the claim referenced in this evidence and notice.

| Selene Finance LP | Nationstar Mortgage LLC d/b/a Mr.Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Selene Finance LP
Attention: Customer Service Research
P.O. Box 421517
Houston, TX 77242

Court Claim # (if known): 5
Amount of Claim: $89,862.15

Date Claim Filed: 02/18/2019

Phone: 877-735-3637
Last Four Digits of Acct #: 9946

Phone: 877-343-5602
Last Four Digits of Acct #: 0446

Name and Address where transferee payments should be sent (if different from above):

Selene Finance LP
Attention : Cashiering Department
P.O. Box 71243
Philadelphia, PA 19176-6243

Phone: 877-768-3759
Last Four Digits of Acct #: 9946

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Brian L Groen          Date: May 2, 2019

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both/ 18 U.S.C. 152 & 3571

1

B2100A (form2100A) (12/15)

    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both/  18 U.S.C. 152 & 3571

B2100A (form2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

    Michael T. Prior

               Debtor,

_____/

Case No. 19-00268
Chapter 13
Judge John T. Gregg

## PROOF OF SERVICE

I, Jennifer DeJaeghere, state that on the 2nd day of May 2019, I served a copy of the Transfer of Claim and Proof of Service of same upon:

| | | |
|---|---|---|
| Michael T. Prior<br>1728 Romence Road<br>Portage, MI 49024 | Jeffrey D. Mapes<br>Jeffrey D. Mapes, PLC<br>29 Pearl St. NW<br>Suite 305<br>Grand Rapids, MI 49503 | Brett N. Rodgers<br>99 Monroe Ave NW<br>Ste 601<br>Grand Rapids, MI 49503 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee.

                                          */s/ Jennifer DeJaeghere*
                                          Jennifer DeJaeghere
                                          Employee of Potestivo & Associates, P.C.
                                          251 Diversion Street
                                          Rochester, MI 48307
                                          248-853-4400

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both/  18 U.S.C. 152 & 3571

B2100A (form2100A) (12/15)

jdejaeghere@potestivolaw.com

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both/ 18 U.S.C. 152 & 3571

4